```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10480
   LYNN D GILDERSLEEVE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3306


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/12/2007 and was not confirmed.

     The case was dismissed without confirmation 08/20/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
HOMEQ SERVICING CORP       NOTICE ONLY      NOT FILED            .00           .00
IRA T NEVEL                NOTICE ONLY      NOT FILED            .00           .00
WELLS FARGO                NOTICE ONLY      NOT FILED            .00           .00
HARLEY DAVIDSON CREDIT     SECURED VEHIC    10300.00             .00           .00
CHARTER ONE                SECURED VEHIC    10000.00             .00           .00
JJ BEST BANC & CO          SECURED VEHIC    12748.00             .00           .00
WELLS FARGO BANK NA        MORTGAGE ARRE    13939.18             .00           .00
VILLAGE OF ARLINGTON HEI   PRIORITY         NOT FILED            .00           .00
LINEBARGER GOGGAN ET AL    PRIORITY         NOT FILED            .00           .00
SC SERVICES                PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         4263.66             .00           .00
HOME DEPOT CREDIT SERVIC   NOTICE ONLY      NOT FILED            .00           .00
CITIBANK                   NOTICE ONLY      NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          955.11             .00           .00
ATLANTIC CREDIT & FINANC   NOTICE ONLY      NOT FILED            .00           .00
BENEFICIAL HFC             UNSECURED        NOT FILED            .00           .00
CENTRAL CREDIT SOLUTIONS   UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          730.77             .00           .00
ALLIED INTERSTATE          NOTICE ONLY      NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED        NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          460.00             .00           .00
ECHELON RECOVERY INC       NOTICE ONLY      NOT FILED            .00           .00
LDG FINANCIAL SERVICES     NOTICE ONLY      NOT FILED            .00           .00
PINNACLE PHYSICIANS LLC    UNSECURED        NOT FILED            .00           .00
MEDICAL DATA SYSTEM        UNSECURED        NOT FILED            .00           .00
NORTH OKALCOSA BONE & JO   UNSECURED        NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00           .00
PIEDMONT EMERGENCY MEDIC   UNSECURED        NOT FILED            .00           .00
US BANK/RETAIL PAYMENT     UNSECURED         6907.45             .00           .00
CLIENT SERVICES            NOTICE ONLY      NOT FILED            .00           .00
HARLEY DAVIDSON CREDIT     UNSECURED         1025.43             .00           .00
BARCLAYS CAPITAL REAL ES   CURRENT MORTG         .00             .00           .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I         .00             .00           .00
E PAUL RUSTIN LTD          DEBTOR ATTY      1,000.00                       1,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10480 LYNN D GILDERSLEEVE
```

```
TOM VAUGHN                    TRUSTEE                                    74.11
DEBTOR REFUND                 REFUND                                     87.89

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     1,162.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,000.00
TRUSTEE COMPENSATION                                     74.11
DEBTOR REFUND                                            87.89
                          ---------------       ---------------
TOTALS                      1,162.00                 1,162.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 12/03/07                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE